Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC., a Delaware corporation, and GUCCI AMERICA, INC., New York corporation,

Plaintiff(s),

v.

Natalia Kokhtenko,

Defendant(s).

Case No: 4:21-cv-3036 YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** AND ORDER
(CIVIL LOCAL RULE 11-3)

I, Henry Forrest Flemming, III, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: FACEBOOK, INC. in the above-entitled action. My local co-counsel in this case is Dennis L. Wilson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
Kilpatrick Townsend & Stockton LLP
The Grace Building, 1114 Avenue of the Americas, New York, NY 10036-7703

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
Kilpatrick Townsend & Stockton LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

MY TELEPHONE # OF RECORD:
(212) 775-8779

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(310) 248-3830

MY EMAIL ADDRESS OF RECORD:
fflemming@kilpatricktownsend.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
DWilson@kilpatricktownsend.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 104962.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/13/21

/s/ Henry Forrest Flemming, III
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Henry Forrest Flemming, III is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/27/2021

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE