| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | DENNIS L. WILSON (Bar No. 155407)<br>DWilson@kilpatricktownsend.com |
| 3 | CAROLINE Y. BARBEE (Bar No. 239343)<br>CBarbee@kilpatricktownsend.com |
| 4 | 1801 Century Park East, Suite 2300<br>Los Angeles CA 90067 |
| 5 | Telephone:  310-248-3830<br>Facsimile:  310-860-0363 |
| 6 | |
| 7 | Attorneys for Plaintiffs<br>FACEBOOK, INC. and GUCCI AMERICA, INC. |
| 8 | FROSS ZELNICK LEHRMAN & ZISSU, P.C. |
| 9 | JOHN P. MARGIOTTA (admitted *pro hac vice*)<br>jmargiotta@fzlz.com |
| 10 | NICOLE LIEBERMAN (admitted *pro hac vice*)<br>nlieberman@fzlz.com |
| 11 | 151 W. 42nd Street, 17th Floor<br>New York, NY 10036 |
| 12 | Telephone: 212-813-5900<br>Fax: 212-813-5901 |
| 13 | |
| 14 | Attorneys for Plaintiff<br>GUCCI AMERICA, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, and GUCCI AMERICA, INC., a New York corporation<br><br>            Plaintiffs,<br>       v.<br><br>Natalia Kokhtenko,<br><br>            Defendant. | CASE NO.: 4:21-cv-3036<br><br>**NOTICE OF CORPORATE NAME CHANGE OF PLAINTIFF META PLATFORMS, INC. (FORMERLY FACEBOOK, INC.)**<br><br>Complaint Filed:  April 26, 2021 |

NOTICE OF CORPORATE NAME CHANGE OF PLAINTIFF
META PLATFORMS, INC. (FORMERLY FACEBOOK, INC.)
CASE NO. 4:21-cv-3036

- 1 -

1  PLEASE TAKE NOTICE that plaintiff FACEBOOK, INC. officially changed its name to
2  META PLATFORMS, INC., effective October 28, 2021, and this plaintiff shall hereafter file all
3  pleadings, motions, notices and other documents in the name of META PLATFORMS, INC.

5  Dated: November 17, 2021               KILPATRICK TOWNSEND & STOCKTON, LLP

6                                         By:    /s/ *Dennis L. Wilson*
7                                                Dennis L. Wilson
                                                 Caroline Y. Barbee
8                                                Attorneys for Plaintiffs META
                                                 PLATFORMS, INC. (FORMERLY
9                                                FACEBOOK, INC.) and GUCCI
10                                               AMERICA, INC.